## REESE, ET AL. V. REESE, ET AL.

*Equity.*

(Decided Feb. 12, 1907.)

APPEAL from Dale Chancery Court.

Heard before Hon. W. L. PARKS.

J. F. SANDERS, for appellant.

M. SOLLIE, for appellee.

DENSON, J.—Reversed and remanded on the authority
of *McHugh v. O'Connell,* 91 Ala. 243.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.

---

## SMALLEY V. THE STATE.

*Crime.*

(Decided Feb. 7, 1907.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the
State.

Per Curiam.—Appellant being an escaped convict his
appeal is dismissed.